IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE HERTZ CORPORATION

    *Plaintiff*

V.                                                           Civil Action No. 1:15CV163-LG-RHW

DONOVAN T. LANGDON, TRANSOCEAN
OFFSHORE DEEPWATER DRILLING,
INC., PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY, LUCINDA A.
JOHNSON, APRIL WESS, CAROLYN
BETHER AND KEITHA MAGEE

    *Defendants*

TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC.

    *Third Party Plaintiff*

V.

HAMILTON-RYKER IT SOLUTIONS, LLC,
ISYMPHONY, LLC, WMS ISYMPHONY,
INC., AND STEVERSON & COMPANY,
INC.

    *Third Party Defendants*

---

## **DEFAULT JUDGMENT**

---

    Defendant, April Wess, having failed to plead or otherwise defend in this action, and default heretofore been entered; upon application of Plaintiff and upon affidavit that Plaintiff, The Hertz Corporation, has no liability to April Wess for any claims, matured, inchoate or otherwise, emanating from the March 30, 2014 collision; that Defendant has been defaulted for failure to appear pursuant

to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that Plaintiff, The Hertz Corporation, has no liability to April Wess for any claims, matured, inchoate or otherwise, emanating from the March 30, 2014 collision.

This judgment is entered by the Clerk at the request of Plaintiff and upon affidavit that Plaintiff, The Hertz Corporation, has no liability to April Wess for any claims, matured, inchoate or otherwise, emanating from the March 30, 2014 collision, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 1st day of June, 2016.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE